ACCEPTED
05-14-00593-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/22/2015 10:54:43 AM
LISA MATZ
CLERK

NO. 05-14-00593-CR

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/22/2015 10:54:43 AM
LISA MATZ
Clerk

JOSE LOZANO,
APPELLANT

vs.

THE STATE OF TEXAS,
APPELLEE

STATE'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE ITS BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, respectfully requesting this Honorable Court to extend the due date for the State's brief by thirty (30) days, from July 23, 2015, to August 22, 2015. This case is not currently set for submission.

Appellant pled not guilty to an indictment for capital murder. (CR: 12; RR 2: 8-9; RR 4: 12). A Dallas County jury found Appellant guilty of the lesser-included offense of murder and sentenced him to eighty (80) years' confinement in the Texas Department of Criminal Justice. (CR: 64, 82, 89; RR 7: 8, 23). Appellant's motion for new trial was overruled by operation of law. (CR: 73).

Appellant's brief was filed in this Honorable Court on June 23, 2015. The State's brief is currently due July 23, 2015. Counsel is requesting an extension of time for the State to file its brief. In addition to other responsibilities, including work on expunctions and out-of-state subpoenas, Counsel is diligently working on the State's response to Appellant's brief and to response briefs in other appeals. This is the State's first request for an extension of time for filing its brief.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court extend the State's deadline for filing the State's brief by thirty days, until August 22, 2015.

Respectfully submitted,

KIMBERLY J. DUNCAN
Assistant District Attorney
State Bar No. 24051190
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3629
Kimberly.Duncan@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served on the Honorable Christian Souza, Attorney for Appellant, via electronic service on July 22, 2015.

KIMBERLY J. DUNCAN
Assistant District Attorney